IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: **2:21-00272-BHH** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER DISMISSING INDICTMENT** |
| **MICHELLE ALVAREZ** | ) | |

And now, this _____ day of August, 2022, the within Motion is granted, and it is hereby ordered and decreed that the Indictment in Criminal No.: 2:21-00272-BHH against the Defendant, **MICHELLE ALVAREZ**, be and the same is hereby dismissed without prejudice.

                                                                              _____
                                                                              BRUCE H. HENDRICKS
                                                                              UNITED STATES DISTRICT JUDGE

Charleston, SC